604

No. 402. HAVERSTICK *v.* DRAINAGE DISTRICT No. 7 OF POINSETT COUNTY, ARKANSAS. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Walter P. Armstrong* and *C. T. Carpenter* for petitioner. *Mr. Chas. D. Frierson* for respondent.

No. 403. BARRY *v.* HUGHES ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Laurence A. Janney* for petitioner. *Mr. Arthur F. Driscoll* for respondents.

No. 410. SUNSHINE ANTHRACITE COAL CO. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. November 6, 1939 Petition for writ of certiorari to the Circuit Cour; Appeals for the Eighth Circuit denied. *Messrs. Henry Adamson* and *Geo. O. Patterson* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. Robert E. Sher* for respondents.

No. 311. WRIGHT *v.* ALBANY PORT DISTRICT COMMISSION ET AL. November 6, 1939. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Isadore Bookstein* for petitioner. *Mr. Gerald Donovan* for respondents.

No. 405. LYKES BROTHERS RIPLEY STEAMSHIP CO. *v.* SMITH. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Cir-